1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 4-05-70744-WDB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING HEARING DATE |
| | ) | |
| DARRELL HOUSTON SMITH, | ) | Date: September 14, 2005 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Court: Hon. Wayne D. Brazil |
| | ) | U.S. Magistrate Judge Court |

The defendant is currently scheduled to appear before this Court on Wednesday, September 14, 2005 at 10:00 a.m. for a detention hearing and status regarding defendant's removal or identity hearing.  The parties submit this stipulation jointly to request that this date be continued two days until Friday, September 16, 1005, at 10:00 a.m.  The parties request this brief continuance to afford defense counsel additional time to investigate the alleged violations of pretrial release and to gather additional information relevant to the bail determination.  No waiver of time is required because the extension does not exceed the five days which defendant is permitted by statute to request.  *See* 18 U.S.C. §3142(f)(2).  Mr. Smith, who is in custody, has no objection to this

/ / /

STIP AND ORD TO CONT HRG DATE          - 1 -

STIP AND ORD TO CONT HRG DATE

continuance.  Pretrial Services has been notified and has no objection to the continuance.

SO STIPULATED.

Dated:       September 12, 2005

/S/
HILARY A. FOX
Attorney for Defendant Smith

SO STIPULATED.

Dated:       September 12, 2005

/S/
STEPHEN CORRIGAN (B. Stretch for S. Corrigan)
Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a " conformed" signature(/S/) within this efiled document.

Dated:       September 13, 2005

/S/
MARILEE BARBEAU
Legal Secretary

### ORDER

Good cause appearing therefore, and pursuant to defendant Darrell Houston Smith's stipulation, it is hereby ORDERED that the hearing currently scheduled for September 14, 2005 at 10:00 a.m. for detention and status regarding defendant's removal or identity hearing is continued to Friday, September 16, 2005, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 13, 2005

*[signature]*
WAYNE D. BRAZIL
United States Magistrate Judge